1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  JULIE L. GARLAND
   Senior Assistant Attorney General
4  ANYA M. BINSACCA
   Supervising Deputy Attorney General
5  AMANDA J. MURRAY, State Bar No. 223829
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA 94102-7004
7    Telephone: (415) 703-5741
     Fax: (415) 703-5843
8    Email: Amanda.Murray@doj.ca.gov

9  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALBERT GUERRERO,<br><br>       Petitioner,<br><br>v.<br><br>BEN CURRY,<br><br>       Respondent. | C 07-3835 JF<br><br>**RESPONDENT'S REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO PETITION; SUPPORTING DECLARATION OF COUNSEL; [PROPOSED] ORDER**<br><br>Judge: The Honorable<br>     Jeremy Fogel |

**REQUEST FOR EXTENSION OF TIME**

For the reasons set forth in the accompanying declaration of counsel, Respondent respectfully requests that this Court grant an extension of time, to and including May 22, 2008, in which to reply to Guerrero's Petition for Writ of Habeas Corpus.

//
//
//
//
//

Req. for Extension of Time; [Proposed] Order      *Guerrero v. Curry*
                                  C 07-3835 JF

1

**SUPPORTING DECLARATION OF COUNSEL**

I, AMANDA J. MURRAY, declare as follows:

1. I am an attorney admitted to practice before the courts of the State of California and before this Court. I am employed by the California Attorney General's Office as a Deputy Attorney General in the Correctional Writs and Appeals Section, and am assigned to represent Respondent in this case.

2. On March 19, 2008, my paralegal requested Guerrero's Los Angeles County Superior Court petition challenging his December 8, 2005[1] parole consideration hearing, and the court's order denying that petition. We again requested these documents on April 14, 2008. To date, we have not received any documents from the superior court.

3. On March 19, 2008, my paralegal requested documents from Guerrero's central file located at the Correctional Training Facility in Soledad, where Guerrero is currently incarcerated. We again requested these documents on April 17, 2008, but have not received them.

4. The requested documents are necessary for me to determine the legitimacy of Guerrero's claims and prepare a proper response for this Court. Because I do not know when I will receive the documents, I respectfully request that Respondent's deadline to provide a response to Guerrero's Petition be extended to May 22, 2008.

5. This request for an extension of time is not made for any purpose of harassment, undue delay, or for any improper reason. Respondent has not requested any other extensions of time to respond to the Court's February 22, 2008 Order to Show Cause.

//
//
//
//

---

1. This Court's Order references a 2006 parole consideration hearing. However, according to Guerrero's Petition, he is challenging his December 8, 2005 parole denial. (Petn. at p. 5.)

Req. for Extension of Time; [Proposed] Order

*Guerrero v. Curry*
C 07-3835 JF

2

6. Guerrero is a state prisoner and cannot easily be contacted about this requested extension of time. Respondent would suffer substantial harm without this extension of time because I would unable to file a proper and thorough responsive pleading.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 21, 2008, at San Francisco, California.

AMANDA J. MURRAY
Deputy Attorney General

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Guerrero v. Curry**

No.:   **C 07-3835 JF**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **April 21, 2008**, I served the attached

**RESPONDENT'S REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO PETITION; SUPPORTING DECLARATION OF COUNSEL; [PROPOSED] ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Albert Guerrero, A-51898**
**Correctional Training Facility**
**P.O. Box 689**
**Z342**
**Soledad, CA  93960-0686**
In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **April 21, 2008**, at San Francisco, California.

|  |  |
|---|---|
| M.M. Argarin | /s/ M.M. Argarin |
| Declarant | Signature |

40243862.wpd