IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT GUERRERO,<br>                                  Petitioner,<br>v.<br>ROBERT HOREL, Warden<br>                                  Respondent. | No. C 07-3835 JF<br><br>[PROPOSED] ORDER |

    This Court considered Respondent's Request for an Extension of Time to Respond to Petition, and good cause appearing,

    **IT IS HEREBY ORDERED** that Respondent's Request for an Extension of Time to Respond to Petition is **GRANTED**. Respondent shall answer Petitioner's Petition for Writ of Habeas Corpus by **May 22, 2008.**

Dated: _____

                                                      THE HONORABLE JEREMY FOGEL
                                                      United States District Judge