**E-filed 4/23/08**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT GUERRERO,<br><br>                        Petitioner,<br>v.<br>ROBERT HOREL, Warden<br><br>                        Respondent. | No. C 07-3835 JF<br><br>[PROPOSED] ORDER |

This Court considered Respondent's Request for an Extension of Time to Respond to Petition, and good cause appearing,

**IT IS HEREBY ORDERED** that Respondent's Request for an Extension of Time to Respond to Petition is **GRANTED**. Respondent shall answer Petitioner's Petition for Writ of Habeas Corpus by **May 22, 2008**.

Dated: 4/23/08

THE HONORABLE JEREMY FOGEL
United States District Judge