1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | JULIE L. GARLAND
Senior Assistant Attorney General
4 | JESSICA N. BLONIEN
Supervising Deputy Attorney General
5 | AMANDA J. MURRAY, State Bar No. 223829
Deputy Attorney General
6 |   455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
7 |   Telephone: (415) 703-5741
Fax: (415) 703-5843
8 |   Email: Amanda.Murray@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALBERT GUERRERO,<br><br>                          Petitioner,<br><br>v.<br><br>BEN CURRY,<br><br>                          Respondent. | C 07-3835 JF<br><br>**RESPONDENT'S REPLY TO OPPOSITION TO MOTION TO DISMISS**<br><br>Judge:   The Honorable<br>              Jeremy Fogel |

     Respondent moves this Court to dismiss the Petition for Writ of Habeas Corpus on the grounds that Albert Guerrero did not exhaust state court remedies for his claim that the Board of Parole Hearings (Board) failed to articulate why he would be a current unreasonable safety risk if released from prison, and because this claim fails to entitle him to federal habeas relief. Guerrero's contentions in opposition are without merit, and Respondent's Motion should be granted.

     Guerrero appears to assert that because he allegedly stated a prima facie case for relief and provided this Court with the "operative facts" of his claims, he has exhausted the claims alleged in his federal petition. (*See generally*, Petn.) Yet, Guerrero did not deny that he failed to present

1 his claim that the Board failed to articulate why he would be a current unreasonable safety risk if
2 released from prison to the California Supreme Court. Nor did he present a counter argument
3 regarding why this claim is therefore unexhausted. *Casey v. Moore*, 386 F.3d 896, 916-18 (9th
4 Cir. 2004). Indeed, in his California Supreme Court petition, Guerrero alleged that the Board's
5 decision was arbitrary and capricious, and that there was no reliable evidence to support a finding
6 of parole unsuitability. (Resp't's Mot. to Dismiss at Ex. B, pp. 3-4.) Thus, Guerrero is asserting
7 a different claim in his federal habeas petition than he asserted in his petition to the California
8 Supreme Court. (*Id.* at Exs. A-B.) By failing to present the same claim to the California
9 Supreme Court, Guerrero's claim is unexhausted and must be dismissed. *Kim v. Villalobos*
10 (1986) 799 F.2d 1317, 1318; *Lindy v. Rose* (1982) 455 U.S. 509, 510, 513.
11   Moreover, Guerrero does not dispute Respondent's argument that Guerrero's
12 unexhausted claim fails to implicate a federal question because it is based on an erroneous
13 interpretation of state law regarding the manner in which the Board determines suitability for
14 parole. *See In re Dannenberg*, 34 Cal. 4th 1061, 1087 (2005); *In re Rosenkrantz*, 29 Cal. 4th
15 616, 658 (2002). Indeed, this alleged state standard of review is inapplicable in federal habeas,
16 which limits judicial review to whether the prisoner has received an opportunity to be heard and
17 a reasoned decision denying him parole. *Greenholtz v. Inmates of Neb. Penal & Corr. Complex*
18 *v. Greenholtz*, 442 U.S. 1, 12 (1979); 28 U.S.C. § 2254(d)(1). Thus, because Guerrero's
19 allegation involves questions of state law, he fails to assert violations of federal law or the federal
20 constitution. *Langford v. Day*, 110 F.3d 1380, 1389 (9th Cir. 1996) (habeas petition may not
21 transform a state law issue into a federal one merely by asserting a due process violation).
22 //
23 //
24 //
25 //
26 //
27 //
28 //

Resp't's Reply to Opp'n to Mot. to Dismiss                                      *Guerrero v. Curry*
                                                                                 C 07-3835 JF

1     For the reasons stated above and in Respondent's May 19, 2008 Motion to Dismiss, this

2 Court should dismiss the Petition.

3     Dated: June 20, 2008

4                       Respectfully submitted,

5                       EDMUND G. BROWN JR.
                        Attorney General of the State of California

6                       DANE R. GILLETTE
                        Chief Assistant Attorney General

7                       JULIE L. GARLAND
                        Senior Assistant Attorney General

8                       JESSICA N. BLONIEN

9                       Supervising Deputy Attorney General

10

11

12                       AMANDA J. MURRAY

13                       Deputy Attorney General
                        Attorneys for Respondent

14

15
  20117761.wpd

16  SF2008400924

17

18

19

20

21

22

23

24

25

26

27

28

Resp't's Reply to Opp'n to Mot. to Dismiss                                           *Guerrero v. Curry*
                                                                                      C 07-3835 JF

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Guerrero v. Curry**

No.:   **C 07-3835 JF**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **June 20, 2008**, I served the attached

### RESPONDENT'S REPLY TO OPPOSITION TO MOTION TO DISMISS

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Albert Guerrero, A-51898**
**Correctional Training Facility**
**P.O. Box 689**
**Z342**
**Soledad, CA 93960-0686**
In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **June 20, 2008**, at San Francisco, California.

|  M.M. Argarin  |  *(signature)*  |
|---|---|
|  Declarant  |  Signature  |

20118207.wpd