IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT GUERRERO, | No. C 07-03835 JF (PR) |
| Petitioner, | ORDER GRANTING MOTION TO DISMISS PETITION AS MOOT |
| vs. | |
| BEN CURRY, Warden, | |
| Respondent. | (Docket No. 7) |

Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the December 2005 decision by the Board of Prison Terms (the "Board") to deny him parole. Respondent filed a motion to dismiss the petition as moot on the grounds that petitioner was released from prison on December 2, 2008. (Docket No. 7.) Petitioner has not updated his address, and has not filed opposition to Respondent's motion to dismiss.

Because Petitioner has been released from prison, the petition for a writ of habeas corpus is moot. See Fendler v. United States Bureau of Prisons, 846 F.2d 550, 555 (9th Cir. 1988) (habeas challenge to denial of parole will become moot if petitioner is released on parole before court considers petition); see also Burnett v. Lampert, 432 F.3d 996,

999-1001 (9th Cir. 2005) (finding habeas petition still moot after petitioner violated parole and was reincarcerated).

Accordingly, Respondent's motion to dismiss is GRANTED. The petition for writ of habeas corpus under 28 U.S.C. § 2254 is DISMISSED as moot.

This order terminates Docket No. 7.

IT IS SO ORDERED.

DATED: 2/22/10

JEREMY FOGEL
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ALBERT GUERRERO,

        Petitioner,

v.

BEN CURRY, Warden,

        Respondent.

        /

Case Number: CV07-03835 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 3/9/10, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Albert Guerrero A-51898
Corr Training Facility
P.O. Box 689
Z342
Soledad, CA 93960

Dated: 3/9/10

        Richard W. Wieking, Clerk